**Order entered October 25, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01066-CV

### IN THE INTEREST OF D.S., A CHILD, Appellant

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-01775-2016**

## ORDER

Before the Court is the October 20, 2017 request of court reporter Tanner Joy Feast for an extension of time to file court reporter's record. We **GRANT** the request. The reporter's record shall be filed by November 8, 2017.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE